COOK, Plaintiff, v. WHITE et al., Defendants. (Supreme Court, Appellate Division, Second Department. October 4, 1898.) Action by Sarah Cook against Joseph White and others. No opinion. As the appellant does not seek to reverse the order appealed from on the merits,

but solely on the ground of lack of power of the court to entertain the motion after previous denial, it is not necessary that any case should be prepared on appeal. It is sufficient that so much of the record of the proceedings as shows the several actions taken by the court on the subject-matter be certified to this division on appeal. Motion to dismiss appeal denied, without costs.